No. 93–1179. HAFIZ v. ELECTRONIC DATA SYSTEMS CORP. C. A. 6th Cir. Certiorari denied.

No. 93–1180. AUTO CLUB INSURANCE ASSN. v. PENTWATER WIRE PRODUCTS, INC., ET AL. Sup. Ct. Mich. Certiorari denied.

No. 93–1181. LORAIN COUNTY COURT OF COMMON PLEAS v. MALINOVSKY. C. A. 6th Cir. Certiorari denied.

No. 93–1183. BILLHEIMER v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 93–1184. OHIO v. LESSIN. Sup. Ct. Ohio. Certiorari denied.

No. 93–1185. WILLIAMS v. SALTZSTEIN ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–1189. HANJIN CONTAINER LINES, INC. v. TOKIO FIRE & MARINE INS. CO., LTD., ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–1190. NOBLE v. WILKINSON, DIRECTOR, DEPARTMENT OF REHABILITATION AND CORRECTIONS OF OHIO. C. A. 6th Cir. Certiorari denied.

No. 93–1191. EZZELL v. NEW HAMPSHIRE INSURANCE CO. C. A. 6th Cir. Certiorari denied.

No. 93–1192. WALTERS, INDIVIDUALLY AND AS PARENT AND NATURAL GUARDIAN OF WALTERS, A MINOR v. CITY OF ALLENTOWN ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–1194. BINKLEY v. CITY OF LONG BEACH ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 93–1200. ALLSTATE INSURANCE CO. v. KARL, JUDGE, CIRCUIT COURT FOR MARSHALL COUNTY, WEST VIRGINIA. Sup. Ct. App. W. Va. Certiorari denied.